IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Keith,<br><br>            Plaintiff,<br><br>v.<br><br>D&S Funding LLC, et al.,<br><br>            Defendants. | No. CV-19-05817-PHX-GMS<br><br>**ORDER** |

The Court has been advised that Defendant Sonia Montalvo Davila filed bankruptcy on November 2, 2020 (Doc. 37).  Accordingly,

**IT IS HEREBY ORDERED** that this matter is stayed.

**IT IS FURTHER ORDERED** vacating all pending hearings and/or deadlines.  The Stipulation to Extend Discovery Deadlines (Doc. 38) is denied as moot.

**IT IS FURTHER ORDERED** that counsel file a Joint Status Report on or before **February 19, 2021,** advising the Court whether the bankruptcy stay has been lifted and the case is ready to proceed.  If counsel fails to comply with this Order, this matter may be dismissed as to Defendant Sonia Montalvo Davila without further notice.

Dated this 28th day of December, 2020.

_____
G. Murray Snow
Chief United States District Judge